# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00108-CV

**In re Charles Preston; 323 Partners, LP; 323 Partners GP, LLC; 2820 Partners, LP; 2820 Partners GP, LLC; 220 Enterprises, LP; and 220 Holdings, LLC**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## O R D E R

**PER CURIAM**

Relators Charles Preston; 323 Partners, LP; 323 Partners GP, LLC; 2820 Partners, LP; 2820 Partners GP, LLC; 220 Enterprises, LP; and 220 Holdings, LLC have filed an emergency motion for temporary relief under Rule 52.10. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's February 24, 2022 discovery order pending further order of this Court. *See id*. 52.10(b). The Court also grants real party in interest Jeanne Lindquist's first unopposed motion for extension of time to file response and extend the deadline to file a response to the petition for writ of mandamus to April 18, 2022.

It is ordered on March 10, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith